W. L. Strubinger, Administrator of Estate of Richard E. Baker, Deceased, Plaintiff-Appellant, v. Dick Coultas and Albert Coultas, Trading as Coultas Brothers, and Eugene Norton, Defendants-Appellees.

Gen. No. 9,913. (Abstract of Decision.)

Schimmel & Schimmel, for appellant; Weaver & Grigsby, for appellees. Opinion by JUSTICE CARROLL. **Not to be published in full.** Opinion filed February 25, 1954; released for publication March 15, 1954.

Arch D. Welch, Plaintiff-Appellant, v. John P. Downs, Defendant-Appellee.

Gen. No. 9,921.